HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Chief Assistant Federal Defender
James C. Ryan
Certified Law Clerk
801 I Street, 3rd Floor
Sacramento, CA 95814

Attorneys for Defendant
CHRISTOPHER H. JUNKIN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-PO-00156-EFB |
| | ) | |
| Plaintiff, | ) | AMENDED STIPULATION AND |
| | ) | [PROPOSED] ORDER TO VACATE BENCH |
| v. | ) | TRIAL AND CONVERT TO CHANGE OF |
| | ) | PLEA |
| CHRISTOPHER H. JUNKIN, | ) | |
| | ) | DATE:  August 29, 2016 |
| Defendant. | ) | TIME:  10:00 a.m. |
| | ) | JUDGE: Hon. EDMUND F. BRENNAN |

It is hereby stipulated and agreed by defendant, Christopher H. Junkin, by and through his attorney, Chief Assistant Federal Defender Linda C. Allison, and the United States, by and through its attorney, Special Assistant United States Attorney Talha Khan, that the bench trial currently set for August 30, 2016 at 10:00 a.m. be vacated and a change of plea hearing be set on August 29, 2016 at 10:00 a.m.

Respectfully submitted,

Dated:     August 19, 2016          HEATHER E. WILLIAMS
                                    Federal Defender

                                    */s/ Linda C. Allison*
                                    LINDA C. ALLISON
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
                                    Christopher H. Junkin


Dated:     August 19, 2016          PHILLIP A. TALBERT
                                    Acting United States Attorney

                                    */s/ Talha Khan*
                                    Talha Khan
                                    Special Assistant U.S. Attorney
                                    (Approved via phone by Elliot Wong
                                    on 08/19/16)

<u>**O R D E R**</u>

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is hereby ordered that the trial presently set for August 30, 2016 at 10:00 a.m. be vacated and a change of plea hearing date be set on August 29, 2016 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  August 22, 2016.

Edmund F. Brennan
United States Magistrate Judge